1  Timothy J. Wolf, (Pro Hac Vice)
   Missouri Bar No. 53099
2  Benjamin S. Mcintosh, (Pro Hac Vice).
   Missouri Bar No. 68248
3  BROWN & JAMES, P.C
   800 Market Street, Suite 1100
4  St. Louis, Missouri 63101-2501
   Phone: (314) 421-3400
5  Fax: (314) 421-3128
   twolf@bjpc.com
6  bmcintosh@bjpc.com

7  BRUCE W. KELLEY
   Nevada Bar No. 7331
8  JUSTIN J. ZARCONE
   Nevada Bar No. 8735
9  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
10 Las Vegas, Nevada 89102
   Phone (702) 243-7000
11 Facsimile (702) 243-7059
   bkelley@awslawyers.com
12 jzarcone@awslawyers.com

13 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> MITCHELL CHIROPRACTIC, LTD d/b/a MEADOWS CHIROPRACTIC, ANDREW MITCHELL, D.C., and JASON CHONG, D.C, <br><br> Defendants. | CASE NO.: 2: 18-cv-02406-APG-NJK <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (First Request) |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively "Plaintiffs"), and Defendants Mitchell Chiropractic, LTD d/b/a Meadows Chiropractic, Andrew Mitchell, D.C., and Jason Chong, D.C. (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On December 20, 2018, Plaintiffs filed their Complaint for Damages and Demand for Jury Trial (ECF No. 1).

2. On January 29, 2019, Defendants filed their Motion to Dismiss (ECF No. 13).

3. Plaintiffs presently have until February 12, 2019, to respond to the Motion to Dismiss.

4. In order to accommodate scheduling conflicts for Plaintiffs' counsel, Plaintiffs shall now have until February 22, 2019, to respond to the Motion to Dismiss.

5. Defendants' deadline to file a Reply shall be extended accordingly.

IT IS SO STIPULATED.

Dated this 7th day of February, 2019.

KOLESAR & LATHAM

By:_____
Jonathan D. Blum, Esq.
Nevada Bar No. 009515
Matthew T. Dushoff, Esq.
Nevada Bar No. 004875
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Andrew P. Baratta, Esq. (Pa. Bar No. 82250)
*Pro Hac Vice Pending*
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa. 19006

Attorneys for Defendants

Dated this 7th day of February, 2019.

ATKIN WINNER & SHERROD

By: /s/ Bruce W. Kelley
Bruce W. Kelley
Nevada Bar No. 7331
Justin J. Zarcone
Nevada Bar No. 8735
1117 South Rancho Drive
Las Vegas, Nevada 89102

Attorneys for Plaintiffs

BROWN & JAMES, P.C

By: /s/ Timothy J. Wolf
Timothy J. Wolf
Missouri Bar No. 53099
Benjamin S. McIntosh
Missouri Bar No. 68248
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 7, 2019.