1    JONATHAN D. BLUM, ESQ.
      Nevada Bar No. 009515
2    MATTHEW T. DUSHOFF, ESQ.
      Nevada Bar No. 004975
3    **KOLESAR & LEATHAM**
      400 South Rampart Boulevard, Suite 400
4    Las Vegas, Nevada 89145
      Telephone: (702) 362-7800
5    Facsimile: (702) 362-9472
      E-Mail: jblum@klnevada.com
6             mdushoff@klnevada.com

7    -and-

8    ANDREW P. BARATTA, ESQ. (Pa. Bar No. 82250) - *Pro Hac Vice*
      **BARATTA, RUSSELL & BARATTA**
9    3500 Reading Way
      Huntingdon Valley, Pa. 19006
10   Telephone: (215) 914-2222
      Facsimile: (215) 914-2118
11   Email: andrew@barattarussell.com

12   Attorneys for Defendants

13                **UNITED STATES DISTRICT COURT**

14                   **DISTRICT OF NEVADA**

15                       * * *

| | |
|---|---|
| 16 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM 17 FIRE AND CASUALTY COMPANY, | CASE NO. 2:18-cv-02406-APG-NJK |
| 18            Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR SUBMISSION OF A DISCOVERY PLAN AND STAY DISCOVERY FOR 60 DAYS PENDING MEDIATION (FIRST REQUEST)** |
| 19      vs. | |
| 20 MITCHELL CHIROPRACTIC, LTD d/b/a MEADOWS CHIROPRACTIC, ANDREW 21 MITCHELL, D.C., and JASON CHONG, D.C., | |
| 22            Defendants. | |

23

24       Defendants, MITCHELL CHIROPRACTIC, LTD, d/b/a MEADOWS CHIROPRACTIC

25 ("Meadows"), ANDREW MITCHELL, D.C., and JASON CHONG, D.C. (collectively referred

26 to herein as "Defendants"), by and through their counsel, Kolesar & Leatham and Baratta,

27 Russell & Baratta, and Plaintiffs, STATE FARM MUTUAL AUTOMOBILE INSURANCE

28 COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY ("Plaintiff" and/or

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1  "State Farm"), (collectively referred to herein as the "Parties"), by and through their undersigned

2  and respective counsel, hereby stipulate and agree as follows:

3       On February 20, 2019, the Parties participated in an FRCP 26(f) conference. The Parties

4  discussed the possibility of an early mediation pursuant to LR 26-1(b)(7), and agreed that it was

5  worth participating in an early mediation to attempt to resolve this dispute. The Parties have

6  discussed various aspects of the mediation and have agreed to conduct it within 60 days with a

7  private mediator. For judicial economy, and to increase the likelihood of a successful mediation,

8  the Parties have agreed to stay discovery until after the mediation.

9       **IT IS HEREBY STIPULATED AND AGREED** that the submission of a proposed

10  discovery plan pursuant to FRCP 26(f)(3) will be continued 70 days so that the Parties can

11  participate in a mediation, which is anticipated to be conducted within 60 days. If the case does

12  not resolve at mediation, the Discovery Plan must be submitted by May 15, 2019.

13  \ \ \

14  \ \ \

15  \ \ \

16  \ \ \

17  \ \ \

18  \ \ \

19  \ \ \

20  \ \ \

21  \ \ \

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1     **IT IS FURTHER STIPULATED AND AGREED** that the Parties further agree to stay

2 all discovery until the submission of a Discovery Plan.

3     DATED this 6th day of March, 2019.                DATED this 6th day of March, 2019.

4     **KOLESAR & LEATHAM**                        **BROWN & JAMES, P.C**

5

6 By:_____        By: */s/ Timothy J. Wolf, Esq.*
    JONATHAN D. BLUM, ESQ.                TIMOTHY J. WOLF, ESQ. (*Pro Hac Vice*)
    Nevada Bar No. 009515               Missouri Bar No. 53099

7     MATTHEW T. DUSHOFF, ESQ.          BENJAMIN S. MCINTOSH, ESQ. (*Pro Hac*
    Nevada Bar No. 004975              *Vice*)

8     400 South Rampart Boulevard, Suite 400    Missouri Bar No. 68248
    Las Vegas, Nevada 89145            800 Market Street, Suite 1100

9                                    St. Louis, Missouri 63101-2501
    -and-

10                                  -and-
    ANDREW P. BARATTA, ESQ.

11     (Pa. Bar No. 82250) *Pro Hac Vice*        BRUCE W. KELLEY, ESQ.
    **BARATTA, RUSSELL & BARATTA**      Nevada Bar No. 7331

12     3500 Reading Way                  JUSTIN J. ZARCONE. ESQ.
    Huntingdon Valley, Pa. 19006        **ATKIN WINNER & SHERROD**

13                                  Nevada Bar No. 8735
    *Attorneys for Defendants*          1117 South Rancho Drive

14                                  Las Vegas, Nevada 89102

15                                  *Attorneys for Plaintiffs*

16                           **ORDER**

17     **IT IS SO ORDERED.**
    Dated: March 7, 2019

18

19

20                          _____
                         UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

3089840 (9443-47)