Timothy J. Wolf, (Pro Hac Vice)
Missouri Bar No. 53099
Benjamin S. Mcintosh, (Pro Hac Vice).
Missouri Bar No. 68248
BROWN & JAMES, P.C
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
Phone: (314) 421-3400
Fax: (314) 421-3128
twolf@bjpc.com
bmcintosh@bjpc.com

BRUCE W. KELLEY
Nevada Bar No. 7331
JUSTIN J. ZARCONE
Nevada Bar No. 8735
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@awslawyers.com
jzarcone@awslawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL CHIROPRACTIC, LTD d/b/a MEADOWS CHIROPRACTIC ANDREW MITCHELL, D.C., and JASON CHONG, D.C,<br><br>Defendants. | CASE NO.: 2: 18-cv-02406-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR SUBMISSION OF A DISCOVERY PLAN AND STAY OF DISCOVERY (SECOND REQUEST)** |
|---|---|

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively "Plaintiffs"), and Defendants Mitchell Chiropractic, LTD d/b/a Meadows Chiropractic, Andrew Mitchell, D.C., and Jason Chong, D.C. (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

1.      To facilitate the Parties' agreement to participate in an early mediation to attempt to resolve this dispute, this Court previously entered an order extending the deadline for the Parties to submit a Discovery Plan to May 15, 2019, and staying discovery until after the submission of a Discovery Plan.

2.      On April 11, 2019, the Parties participated in a mediation. At this mediation, the Parties reached a confidential settlement in principal. The parties are now in the process of preparing and finalizing a settlement agreement.

3.      For judicial economy and to facilitate the Parties' ability to finalize their settlement agreement, the Parties have agreed to stay all deadlines and discovery for an additional 60 days. Because the Parties have reached an agreement in principal, it is not expected that submission of a Discovery Plan will ultimately be necessary, and this case will be dismissed with prejudice.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for the submission of a proposed discovery plan pursuant to FRCP 26(f)(3) will be continued 60 days so that the Parties can finalize their settlement agreement, which is anticipated to occur within 60 days or sooner.

**IT IS FURTHER STIPULATED AND AGREED** that the Parties agree to stay all discovery until the submission of a Discovery Plan.

Dated this ___ day of May, 2019.

KOLESAR & LATHAM

By: _____
Jonathan D. Blum, Esq.
Nevada Bar No. 009515
Matthew T. Dushoff, Esq.
Nevada Bar No. 004875
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Dated this 7th day of May, 2019.

ATKIN WINNER & SHERROD

By: /s/ Bruce W. Kelley
Bruce W. Kelley
Nevada Bar No. 7331
Justin J. Zarcone
Nevada Bar No. 8735
1117 South Rancho Drive
Las Vegas, Nevada 89102

| | |
|---|---|
| Andrew P. Baratta, Esq. (Pa. Bar No. 82250)<br>*Pro Hac Vice Pending*<br>Baratta, Russell & Baratta<br>3500 Reading Way<br>Huntingdon Valley, Pa. 19006<br><br>Attorneys for Defendants | BROWN & JAMES, P.C<br><br>By: /s/ Timothy J. Wolf<br>Timothy J. Wolf<br>Missouri Bar No. 53099<br>Benjamin S. McIntosh<br>Missouri Bar No. 68248<br>800 Market Street, Suite 1100<br>St. Louis, Missouri 63101-2501<br><br>Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

DATED May 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE