Timothy J. Wolf, (Pro Hac Vice)
Missouri Bar No. 53099
Benjamin S. Mcintosh, (Pro Hac Vice)
Missouri Bar No. 68248
BROWN & JAMES, P.C
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
Phone: (314) 421-3400
Fax: (314) 421-3128
twolf@bjpc.com
bmcintosh@bjpc.com

BRUCE W. KELLEY
Nevada Bar No. 7331
JUSTIN J. ZARCONE
Nevada Bar No. 8735
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@awslawyers.com
jzarcone@awslawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL CHIROPRACTIC, LTD d/b/a MEADOWS CHIROPRACTIC ANDREW MITCHELL, D.C., and JASON CHONG, D.C,<br><br>Defendants. | CASE NO.: 2: 18-cv-02406-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR SUBMISSION OF A DISCOVERY PLAN AND STAY OF DISCOVERY (THIRD REQUEST)** |

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively "Plaintiffs"), and Defendants Mitchell Chiropractic, LTD d/b/a Meadows Chiropractic, Andrew Mitchell, D.C., and Jason Chong, D.C. (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

1. This Court previously extended the deadline for the parties to submit a Discovery Plan to facilitate the finalization of a confidential settlement agreement.

2. Defendants' lead counsel has been involved in a multi-week trial and unable to finalize the settlement documents with his clients. As such, the parties remain in the process of finalizing a confidential settlement agreement and need additional time to complete this task. For judicial economy and to facilitate the Parties' ability to finalize their settlement agreement, the Parties have agreed to stay all deadlines and discovery until August 5, 2019. Because the Parties have reached an agreement in principal and are in the process of finalizing the terms of the agreement, it is not expected that submission of a Discovery Plan will ultimately be necessary, and this case will be dismissed with prejudice.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for the submission of a proposed discovery plan pursuant to FRCP 26(f)(3) will be continued until August 5, 2019, so that the Parties can finalize their settlement agreement, which is anticipated to occur within the next three weeks or sooner following Defendants' counsel's current multi-week trial.

**IT IS FURTHER STIPULATED AND AGREED** that the Parties agree to stay all discovery until the submission of a Discovery Plan.

| | |
|---|---|
| Dated this 12th day of July, 2019.<br><br>KOLESAR & LATHAM<br><br>By: _____<br>Jonathan D. Blum, Esq.<br>Nevada Bar No. 009515<br>Matthew T. Dushoff, Esq.<br>Nevada Bar No. 004875<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br><br>Andrew P. Baratta, Esq. (Pa. Bar No. 82250)<br>*Pro Hac Vice Pending*<br>Baratta, Russell & Baratta<br>3500 Reading Way<br>Huntingdon Valley, Pa. 19006<br><br>Attorneys for Defendants | Dated this 12th day of July, 2019.<br><br>ATKIN WINNER & SHERROD<br><br>By: /s/ Bruce W. Kelley_____<br>Bruce W. Kelley<br>Nevada Bar No. 7331<br>Justin J. Zarcone<br>Nevada Bar No. 8735<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br><br>BROWN & JAMES, P.C<br><br>By: /s/ Timothy J. Wolf_____<br>Timothy J. Wolf<br>Missouri Bar No. 53099<br>Benjamin S. McIntosh<br>Missouri Bar No. 68248<br>800 Market Street, Suite 1100<br>St. Louis, Missouri 63101-2501<br><br>Attorneys for Plaintiffs |

IT IS SO ORDERED.
Dated: July 15, 2019

_____
United States Magistrate Judge